# United States Bankruptcy Court
## Northern District of Florida

In re **Shena Ann Johnson-Simmonds**
**Wilton Theodos Johnson**

Debtor(s)

Case No. **26-40207**

Chapter **13**

## STATEMENT OF NO EMPLOYMENT INCOME

*Check box if statement applies to debtor* ☑

Debtor, **Shena Ann Johnson-Simmonds**, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

☑ Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

☐ Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

*Check box if statement applies to joint-debtor* ☑

Joint-debtor, **Wilton Theodos Johnson**, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

☐ Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

☑ Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 5, 2026**     Signature of Debtor:     **/s/ Shena Ann Johnson-Simmonds**

Date: **May 5, 2026**     Signature of Debtor:     **/s/ Wilton Theodos Johnson**

By: **/s/ India Footman, Esq.**
*ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL*